**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: | |
| Old Man Construction, Inc. | Case # 14-05966-DD |
| | Chapter 7 |
| **Debtor(s)** | |

TO:   All Creditors and Parties in Interest

**NOTICE AND APPLICATION FOR SALE OF PROPERTY**

YOU ARE HEREBY NOTIFIED that Michelle L. Vieira, Trustee, is applying for approval to sell the property of the debtor's estate described below, according to the terms and conditions stated below. A copy of the proposed Order accompanies this Notice.

TAKE FURTHER NOTICE that any response, return, and/or objection to this application, should be filed with the Court no later than Twenty-One Days (21) days from service of the application and a copy simultaneously served on all parties in interest.

TAKE FURTHER NOTICE that no hearing will be held on this application unless a response, return and/or objection is timely filed and served, in which case, the Court will conduct a hearing on **March 24, 2015 at 9:00 a.m., at The United States Bankruptcy Court, King and Queen Building, 145 King Street, Room 225, Charleston, South Carolina.** No further notice of this hearing will be given.

| | |
|---|---|
| TYPE OF SALE: | Public Auction |
| PROPERTY TO BE SOLD: | Two 16' Enclosed Trailers With Miscellaneous Construction Tools |
| PRICE AND TERMS: | *Prices for all items listed above to be determined by highest bid at auction. |
| | *Only cash funds will be accepted. |
| | *Any and all purchased property must be removed from Bob Robeson & Associates auction yard by the end of the day of the Auction. |
| APPRAISAL VALUE:. | The Debtor listed the value of the total items to be auctioned as $4,000.00. The Trustee anticipates the value will be higher. |
| BUYER: | The buyer of each item listed will be the person entering the highest bid. |
| PLACE AND TIME OF SALE: | **Saturday, March 7, 2015 at 9:00 a.m.**<br>**Robeson & Associates**<br>**4092 Highway 145 North**<br>**Chesterfield, South Carolina** |
| SALES AGENT/AUCTIONEER/BROKER: | Bob Robeson |

COMPENSATION TO SALES AGENT/AUCTIONEER/BROKER/ETC.:    Fifteen (15%) Percent of the first $20,000.00; Twelve and One-Half Percent of the next $20,000.00 and Ten Percent of the remainder of the Gross Sales Proceeds.  Expenses not to exceed $600.00

ESTIMATED TRUSTEE'S COMPENSATION:    $1,000.00, based on estimated Total Auction Proceeds

LIENS/MORTGAGES/SECURITY INTERESTS ENCUMBERING PROPERTY:    None

DEBTOR'S EXEMPTION:    N/A

PROCEEDS ESTIMATED TO BE PAID TO ESTATE:    $4,000.00

Applicant is informed and believes that it would be in the best interest of the estate to sell said property by <u>Public Auction</u>.  Applicant also believes that the funds to be recovered for the estate from the sale of said property justify its sale and the filing of this application.

The Court may consider additional offers at any hearing held on this notice and application for sale.  The Court may order at any hearing that the property be sold to another party on equivalent or more favorable terms.

The trustee may seek appropriate sanctions or other similar relief against any party filing a spurious objection to this notice and application.

WHEREFORE, applicant requests the Court issue its Order:

A.  Authorizing sale of said property;

B.  Authorizing Auctioneer to retain its fee of Fifteen (15%) Percent of the first $20,000.00; Twelve and One-Half Percent of the next $20,000.00 and Ten Percent of the remainder of the Gross Sales Proceeds, and expenses not to exceed $600.00, after providing receipts for said expenses to Trustee.

C.  For such other and further relief as may be proper.

Date:  February 3, 2015

/s/  Michelle L. Vieira
Michelle L. Vieira, Trustee
District Court ID #9876
P O Box 70309
Myrtle Beach, SC  29572
Phone (843) 497-9800
Fax    (877) 684-1614
email:  Trustee@Chapter7.email

Michelle L. Vieira
Michelle L. Vieira
P O Box 70309
Myrtle Beach, SC  29572

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:  OLD MAN CONSTRUCTION | CASE NO: 14-05966 |
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 7 |
| | ECF Docket Reference No. |
| | Judge: |
| | Hearing Location: CHARLESTON SC |
| | Hearing Date: 03/24/15 |
| | Hearing Time: 09:00 |
| | Response Date: |

On 2/3/2015, I did cause a copy of the following documents, described below,

AUCTION SALE APPLICATION,

ORDER AUTHORIZING SALE

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 2/3/2015

/s/ Michelle L. Vieira
Michelle L. Vieira  9876
Michelle L. Vieira
P O Box 70309
Myrtle Beach, SC  29572
843 497 9800
emac726@hotmail.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: OLD MAN CONSTRUCTION | CASE NO: 14-05966 |
| | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 7 |
| | ECF Docket Reference No. |
| | Judge: |
| | Hearing Location: CHARLESTON SC |
| | Hearing Date: 03/24/15 |
| | Hearing Time: 09:00 |
| | Response Date: |

On 2/3/2015, a copy of the following documents, described below,

AUCTION SALE APPLICATION,

ORDER AUTHORIZING SALE

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/3/2015

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Michelle L. Vieira
Michelle L. Vieira
P O Box 70309
Myrtle Beach, SC  29572

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

*CASE INFO*

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>0420-2<br>CASE 14-05966-DD<br>DISTRICT OF SOUTH CAROLINA<br>CHARLESTON<br>TUE FEB 3 13-40-02 EST 2015 | A RAINBOW OF CARPETS INC.<br>5044 COOSAW CREEK BLVD<br>NORTH CHARLESTON SC 29420-7419 | A-1 PEST CONTROL LLC<br>7712 BROOKDALE BLVD<br>NORTH CHARLESTON SC 29418-2138 |
| ANGELA ROOMAN<br>4003 LADSON ROAD<br>LADSON SC 29456-4936 | ACCESS PORTABLE TOILETS INC<br>3753 ASHLEY PHOSPHATE RD<br>N. CHARLESTON SC 29418-8502 | ACCESS PORTABLE TOILETS INC.<br>3753 ASHLEY PHOSPHATE ROAD<br>NORTH CHARLESTON SC 29418-8502 |
| AFFORDABLE CONCRETE<br>PO BOX 2040<br>MT PLEASANT SC 29465-2040 | AGING GRACEFULLY<br>ANGELA ROOMAN<br>4003 LADSON ROAD<br>LADSON SC 29456-4936 | ALL ABOUT GARAGE DOORS & MORE LLC<br>10320 HIGHWAY 78 EAST<br>SUMMERVILLE SC 29483-8701 |
| AMERIS BANK<br>3299 ROSS CLARK CIRCLE NW<br>DOTHAN AL 36303-3039 | AMERIS BANK<br>ATTN- SAD<br>PO BOX 870<br>VIDALIA GA 30475-0870 | AMERIS BANK<br>PO BOX 3668<br>MOULTRIE GA 31776-3668 |
| C&C MECHANICAL LLC<br>106 PHOTINIA COURT<br>SUMMERVILLE SC 29483-1823 | C&C MECHANICAL LLC<br>215 STRAFFORD DRIVE<br>SUMMERVILLE SC 29485-8674 | CHARLESTON WINNELSON CO<br>7389 INDUSTRY DR<br>NORTH CHARLESTON SC 29418-8428 |
| CHARLESTON WINNELSON<br>PO BOX 41187<br>CHARLESTON SC 29423-1187 | PATRICK A CHISUM<br>GRUENLOH LAW FIRM<br>192 EAST BAY STREET<br>SUITE 202<br>CHARLESTON SC 29401-2144 | CLAIMS ACCOUNTING<br>PO BOX 30272<br>TAMPA FL 33630-3272 |
| COASTAL CONCRETE SOUTHEAST II LLC<br>118 PIPEMAKERS CIRCLE STE 100<br>POOLER GA 31322-4164 | COBALT DEVELOPMENT LLC<br>CO HART NORVEL<br>1031 CHUCK DAWLEY BLVD STE 6<br>MOUNT PLEASANT SC 29464-4188 | COLBALT DEVELOPMENTS LLC<br>CO HART NORVELL LLC<br>1031 CHUCH DAWLEY BLVD STE 6<br>MOUNT PLEASANT SC 29464-4188 |
| CONVERGENT COMMERCIAL INC.<br>925 WESTCHESTER AVE STE 101<br>WEST HARRISON NY 10604-3562 | DEHAAN & BACH<br>PO BOX 929<br>MILFORD OH 45150-0929 | DESIGN ELEMENTS<br>6494 DORCHESTER ROAD<br>NORTH CHARLESTON SC 29418-5102 |
| DORCHESTER COUNTY TREASURER<br>PO BOX 338<br>SAINT GEORGE SC 29477-0338 | FENNELL PROCESSING CENTER<br>PO BOX 842410<br>DALLAS TX 75284-2410 | GENERAL AUTOMOTIVE<br>5850 DORCHESTER ROAD<br>NORTH CHARLESTON SC 29418-5302 |

Case 14-05966-dd    Doc 31    Filed 02/03/15    Entered 02/03/15 13:49:51    Desc Main
Document      Page 6 of 7

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

GRUENLOH LAW FIRM
192 EAST BAY STREET STE 202
CHARLESTON SC 29401-2144

HD SUPPLY CONSTRUCTION AND INDUSTRIAL
WHITE CAP CONST SUPPLY
PO BOX 4852
ORLANDO FL 32802-4852

HILL TIRE & AUTO CENTER INC DBA HILL TIRE CE
DIANA SAMPSON CO HILL TIRE & AUTO CENTER
116 E RAILROAD AVENUE
MONCKS CORNER SC 29461-3686

HILL TIRE CENTERS
1715 OLD TROLLEY ROAD
SUMMERVILLE SC 29485-8276

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

JEREMY BEARD
1022 HUNLEY WATERS CIRCLE
CHARLESTON SC 29405-7266

JOHN CRAFT JR.
1039 HUNLEY WATERS CIRCLE
CHARLESTON SC 29405-7268

JOHN DEERE LANDSCAPES
2411 N MAIN STREET
SUMMERVILLE SC 29483-7835

JOHN JONES
1011 BAKERS LANDING DRIVE
NORTH CHARLESTON SC 29418-3096

L&W SUPPLY CORPORATION DBA CK SUPPLY
LEVI WITTENBERG HARRITT
HOEFER & DAVIS PA
ATTORNEYS AT LAW
PO DRAWER
SUMTER SC 29151-0730

L&W SUPPLY
CO LEVI WITTENBERG HARRITT
HOEFER & DAVIS PA
PO DRAWER 730
SUMTER SC 29151-0730

LEIGH ANN LIDDELL
1050 HUNLEY WATES CIRCLE
CHARLESTON SC 29405-7266

MURRAY SAND COMPANY INC.
156 CHECKERBOARD ROAD
SUMMERVILLE SC 29483-9133

MCCORKLE & JOHNSON
319 TATTNALL STREET
SAVANNAH GA 31401-4343

EUGENE B. MCLEOD III
SC DEPT OF EMPLOYMENT & WORKFORCE
PO BOX 8597
COLUMBIA SC 29202-8597

ROBERT R. MEREDITH JR.
4000 FABER PLACE DR.
SUITE 120
N. CHARLESTON SC 29405-8585

META VAN SICKLE
1042 HUNLEY WATERS CIRCLE
CHARLESTON SC 29405-7266

MIKE NORRIS
1044 HUNLEY WATERS CIRCLE
CHARLESTON SC 29405-7266

MULTISTONE ENTERPRISES
1022 LYNES AVENUE
SAVANNAH GA 31415-1637

NOE SIDING
202 ST JAMES AVENUE
GOOSE CREEK SC 29445-2937

NORANDEX BLD MLT DST INC.
1003 BANKTON DRIVE
HANAHAN SC 29410-2926

*DEBTOR*
OLD MAN CONSTRUCTION INC.
1010 BAKERS LANDING DRIVE
NORTH CHARLESTON SC 29418-3043

PATRICK J MCDONALD ESQ.
234 SEVEN FARMS DRIVE STE 300
CHARLESTON SC 29492-7101

PRIME RATE PREMIUM FINANCE CORP
PO BOX 580016
CHARLOTTE NC 28258-0016

RAPHAEL & ASSOCIATES
301 ROUTE 17 NORTH STE 500
RUTHERFORD NJ 07070-2580

RECOVERY MANAGEMENT SYSTEMS CORPORATION
25 SE SECOND AVENUE
SUITE 1120
MIAMI FL 33131-1605

RECOVERY MANAGEMENT SYSTEMS CORPORATION
25 S.E. 2ND AVENUE SUITE 1120
MIAMI FL 33131-1605

Case 14-05966-dd    Doc 31    Filed 02/03/15    Entered 02/03/15 13:49:51    Desc Main
Document      Page 7 of 7

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| ROBERT & RENEE ESPY<br>1038 HUNLEY WATERS CIRCLE<br>CHARLESTON SC 29405-7266 | ROBERT WEAVER<br>CO RAPHAEL & ASSOCIATES<br>301 ROUTE 17 NORTH STE 500<br>RUTHERFORD NJ 07070-2580 | ROSMAN ADJUSTMENT CORP<br>PO BOX 1247<br>NORTHBROOK IL 60065-1247 |
| SC DEPARTMENT OF REVENUE<br>PO BOX 12265<br>COLUMBIA SC 29211-2265 | SC DEPT OF EMPLOYMENT AND WORKFORCE<br>PO BOX 995<br>COLUMBIA SC 29202-0995 | SETH AND NICOLE DINGLE<br>1041 HUNLEY WATERS CIRCLE<br>CHARLESTON SC 29405-7268 |
| SHAWN GREGG<br>DEAUDRE GREGG<br>433 VENNING STREET<br>CHARLESTON SC 29406 | SHAWN GREGG AND DEAUDRE L. GREGG<br>ROBERTSON HOLLINGSWORTH & FLYNN<br>177 MEETING STREET SUITE 300<br>CHARLESTON SC 29401-3204 | SHERWIN WILLIAMS COMPANY<br>1706 OLD TROLLEY ROAD<br>SUMMERVILLE SC 29485-9035 |
| SMITH CLOSSER ATTORNEYS AT LAW<br>PO BOX 40578<br>CHARLESTON SC 29423-0578 | SOUTH CAROLINA DEPARTMENT OF<br>EMPLOYMENT AND<br>R. E. DAVID BUILDING<br>P.O. BOX 8597<br>COLUMBIA SC 29202-8597 | SUNBELT RENTALS INC<br>PO BOX 409211<br>ATLANTA GA 30384-9211 |
| THURMAN FEWELL<br>1046 HUNLEY WATERS CIRCLE<br>CHARLESTON SC 29405-7266 | TIM & TRANG PHAM<br>1459 PERIWINKLE DRIVE<br>MOUNT PLEASANT SC 29466-9113 | US TRUSTEE'S OFFICE<br>STROM THURMOND FEDERAL BUILDING<br>1835 ASSEMBLY ST.<br>SUITE 953<br>COLUMBIA SC 29201-2448 |
| TRUSTGARD INSURANCE COMPANY<br>PO BOX 740604<br>CINCINNATI OH 45274-0604 | UNITED RECOVERY SYSTEMS<br>5800 NORTH COURSE DRIVE<br>HOUSTON TX 77072-1613 | MICHELLE L. VIEIRA<br>PO BOX 70309<br>MYRTLE BEACH SC 29572-0024 |
| MICHAEL E. WRIGHT<br>ROBERTSON & HOLLINGSWORTH<br>197 MEETING ST. SUITE 300<br>CHARLESTON SC 29401-3169 | | |